**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2719

ROGER PARSONS,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap. James P. Jones, District Judge. (CA-97-251-B)

Submitted: May 13, 1999              Decided: May 18, 1999

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph E. Wolfe, WOLFE & FARMER, Norton, Virginia, for Appellant. James A. Winn, Chief Counsel, Patricia M. Smith, Deputy Chief Counsel, Nora R. Koch, Assistant Regional Counsel, Office of General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Robert P. Crouch, United States Attorney, Alonzo H. Long, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roger D. Parsons appeals from the district court's order upholding the Commissioner of Social Security's denial of disability benefits.  We have reviewed the briefs and administrative record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Parsons v. Apfel</u>, No. CA-97-251-B (W.D. Va., Oct. 1, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>